Michael W. Collins, State Bar# 197829
**Law Offices of Collins & Lamore**
**Attorneys at Law**
8 Whatney #102
Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Christopher Cobos,<br><br>          Plaintiff,<br><br>vs.<br><br>D. SCOTT CARRUTHERS, AN INDIVIDUAL; and Does 1 – 10,<br><br>          Defendants | Case No.:<br>**SACV 13 - 00460 AN**<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL<br><br>15 United States Code § 1692 et seq |

Plaintiffs, CHRISTOPHER COBOS, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1. This action for statutory damages, attorney fees and costs is brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692, et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

2. According to 15 U.S.C.§ 1692:

      a.      There is abundant evidence of the use of Abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to Marital instability, to the loss of jobs, and to invasions of individual privacy.

      b.      Existing laws and procedures for redressing these Injuries are inadequate to protect consumers.

      c.      Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

      d.      Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

      e.      It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3.      Jurisdiction of this Court arises under 15 U.S.C. § 1692K(d) and 28 U.S.C. §§ 2201 AND 2202.

4.      This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

## III. VENUE

5.      Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.SC. § 1692k(d), in that

1 | Defendant transacts business in this judicial district and some of the facts related to the violations
2 | of the FDCPA complained of occurred in this judicial district.

## IV. INTRADISTRICT ASSIGNMENT

6. This lawsuit should be assigned to the Southern Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Orange County.

## V. PARTIES

7. Plaintiff, CHRISTOPHER COBOS (hereinafter "Plaintiff"), is a natural person residing in Costa Mesa, CA. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

8. Plaintiff is informed and believes, and thereon alleges that Defendant, D. SCOTT CARRUTHERS, AN INDIVIDUAL (hereinafter "CARRUTHERS"), is or was at all relevant times, an individual sole practitioner engaged in the business of collecting debts in this state with its principal place of business appearing to be located in Orange County, CA at: 8448 Katella Ave., Stanton, CA 90680.

9. The principal business of CARRUTHERS is the collection of debts using the mails and telephone, and CARRUTHERS regularly attempts to collect debts alleged to be due another. CARRUTHERS is a "debt collector" within the meaning of 15 U.S.C. § 1692A(6).

10. Does 1 – 10 are additional persons or entities responsible in some way for the harms suffered by Plaintiffs as alleged herein, and will be named by their true names upon discovery thereof.

////

////

## VI. FACTUAL ALLEGATIONS

11. On 10/04/2012, Defendant sent a demand letter to Plaintiff requesting payment of an alleged debt owed to Mountain Lion Acquisitions (hereafter referred to as "MOUNTAIN") and providing Plaintiff with 30 days to provide written notice of any dispute. A true and accurate copy of the letter sent 10/04/2012, referenced above, is attached hereto, marked Exhibit"1" and by this reference is incorporated herein. In response to Defendant's letter and within 30 days of receipt thereof, Plaintiff disputed the debt in writing on 10/26/2012. A true and accurate copy of the letter sent 10/26/2012, referenced above, is attached hereto, marked Exhibit"2" and by this reference is incorporated herein. Said letter was sent by certified mail return receipt requested and was received by Defendant on or about 11/02/2012. A true and accurate copy of the proof of delivery, referenced above, is attached hereto, marked Exhibit"3" and by this reference is incorporated herein.

12. On 12/04/2012, CARRUTHERS filed suit on behalf of "MOUNTAIN" and against Plaintiff in the Orange County Superior Court, case# 30-2012-00615601. Prior to and up to the date of filing the lawsuit referenced above, Defendant failed to validate the debt as required pursuant to the FDCPA.

13. On or about 12/10/2012, Plaintiff was served with the Summons and Complaint issued by Orange County Superior Court, case# 30-2012-00615601 and was later sent a further demand letter on 12/13/2012. A true and accurate copy of the demand letter sent by Defendant to Plaintiff on 12/13/2012, is attached hereto, marked Exhibit"4" and by this reference is incorporated herein. Prior to and up to the date of service of process and further demand letter sent, Defendant failed to validate the debt as required pursuant to the FDCPA.

14. Plaintiff is informed and believes, and thereon alleges, that the conduct by CARRUTHERS is in violation of the Fair Debt Collection Practices Act by continuing to collect

on a disputed debt without first providing validation of debt and by such other acts and omissions in violation of the FDCPA as may be proven at trial.

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiff brings a claim for relief against Defendant under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

16. Plaint. incorporates all paragraphs of Complaint as though fully set forth herein.

17. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

18. Defendant, CARRUTHERS, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

19. The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

20. CARRUTHERS has violated the FDCPA. The violations include, but are not limited to, the following.
   a. CARRUTHERS failed to cease collection of the alleged debt after being notified in writing that said debt was disputed in violation of 15 U.S.C. §§ 1692g(b).

21. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

22. As a result of Defendant's FDCPA violations, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15U.S.C. § 1692k.

////

////

////

////

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a) Assume Jurisdiction in this proceeding;

b) Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692g(b) and such other violations as may be proven at trial;

c) Award actual damages of amounts paid to CARRUTHERS in excess of amounts lawfully due and any other actual damages as may be determined at trial;

d) Award Plaintiff statutory damages in an amount not exceeding $1,000 for each Plaintiff and for each occurrence, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

e) Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15U.S.C. § 1692k(a)(3);

f) Award Plaintiff such other and further relief as may be just and proper.

Law Offices of Collins & Lamore

_____
Michael W. Collins, Esq.
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Christopher Cobos, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

_____
Michael W. Collins, Esq.

Exhibit "1"

EX. 1

## LAW OFFICE OF
## D. SCOTT CARRUTHERS
8448 KATELLA AVE, BOX 228
STANTON, CA 90680
PH. 714.761.3976 FX: 714.761.1754

October 4, 2012
CHRISTOPHER E COBOS
2775 MESA VERDE DR
M116
COSTA MESA, CA 92626

**NOTICE OF DEBT**
Principal: $ 2,590.73
Interest  : $ 3,678.51
Total     : $ 6,269.24
CREDITOR: CASHCALL INC - ACCT#: ████299

DEAR CHRISTOPHER E COBOS.
I have been retained by **MOUNTAIN LION ACQUISITIONS, INC.** to file a lawsuit against you on their behalf, as a final means to collect your delinquent account Since they have approved legal action to be taken, and in compliance with 1033(b)(2) of the California State Code of Civil Procedure, you are hereby formally notified of such possible legal action. If this suit is filed and results in a judgment, the balance may increase as you may be liable for the actual costs of filing fees, reasonable attorney fees as determined by the court, back interest, and the actual costs of the process server who serves the Summons and Complaint. When, and if, the judgment is obtained it will legally give me the right to seek and attach any non-exempt real or personal assets .If you dispute any portion of this debt, please provide within 30 days of receipt of this letter, a notice of your dispute. Upon your written request within this thirty (30) days, we will provide you with the name and address of the original creditor.

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work, For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Sincerely,

*[signature]*
D. Scott Carruthers

This is an attempt to collect a debt, any information obtained will be used for that purpose. This communication is from a debt collector.

Exhibit "2"

October 26, 2012

Law Office of D. Scott Carruthers
8448 Katella Ave, Box 228
Stanton, CA 90680

Re: Notice of Debt – Cashcall Inc., Acct #5~~~~299

This letter is to inform you that I officially dispute this notice of debt. Please provide any and all documentation to support the validity of this claim.

Regards,


Christopher Cobos

2775 Mesa Verde Drive East, M116
Costa Mesa, CA 92626
(949)~~~-~~~~

christopher.cobos@~~~~~.com

Exhibit "3"

Ex. "3"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DON ZIMMER |
| 1. Article Addressed to:<br><br>D. Scott Carruthers<br>8448 Katella<br>Stanton, CA 90680 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>NOV - 2 2012<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7012 1640 0001 9054 7814 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Exhibit "4"**

Case 8:13-cv-00460-JLS-JPR   Document 1   Filed 03/20/13   Page 14 of 16   Page ID #:22

Ex. 4

# LAW OFFICE OF
## D. SCOTT CARRUTHERS
8448 KATELLA AVE, BOX 228
STANTON, CA 90680
PH. 714.761.3976 FX: 714.761.1754

12/13/2012
CHRISTOPHER E COBOS
2775 MESA VERDE DR
M116
COSTA MESA, CA 92626

**SETTLEMENT OFFER – CASE NO:30-2012 00615601**
**TOTAL AMT: $ 7,520.80   Date of Service of Process: 12/06/2012**
**Plaintiff: MOUNTAIN LION ACQUISITIONS, INC. – Original Creditor: CASHCALL INC**

Dear CHRISTOPHER E COBOS

I have received notice that you have been served with the summons and complaint on the above-referenced matter. In regards to this matter I would like to extend to you an opportunity to make a settlement agreement or payment arrangement on this account. If you owe the money that we are seeking, then please call me. If you do not owe the money, then contact a lawyer. The acceptance of an agreement with us will stop the court proceedings and allow you to dispose of this debt in a manner which is agreeable, both to you and to my client, MOUNTAIN LION ACQUISITIONS, INC..

I will work with you in accordance to the guidelines of the California Court System, having you sign a Stipulated Judgment and then accepting whatever payment arrangement we have set up. As long as you keep this agreement, you will not be required to appear at any court hearings or face any other collection efforts.

If you are willing to call me to resolve this account, please feel free to call me personally and I will work with you and set you up with mutually acceptable arrangement. Please call 714-761-3976 and speak directly to me.

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work, For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Sincerely,

*[signature]*

D. Scott Carruthers

This is an attempt to collect a debt, any information obtained will be used for that purpose. This communication is from a debt collector.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Christopher Cobos

**DEFENDANTS**
D. SCOTT CARRUTHERS, AN INDIVIDUAL; and Does 1 – 10.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Law Offices of Collins & Lamore, Attorneys at Law
8 Whatney #102, Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ MONEY DEMANDED IN COMPLAINT: $ 1,000 plus actual damage/proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA 13 US 1692g(b) - Defendant violated FDCPA by failing to validate debt prior to filing suit/attempting further collection.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **SACV 13 - 00460 AN**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)         CIVIL COVER SHEET         Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Michael W. Collins_   Date 03/20/2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |