```
Michael W. Collins, State Bar# 197829
A. Thomas Lamore, State Bar# 230333
```
**Law Offices of Collins & Lamore**
**Attorneys at Law**
```
8 Whatney #102
Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507
```

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Christopher Cobos, | ) |
| Plaintiff(s), | ) Case #: SACV13-00460 AN |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) **WITH PREJUDICE** |
| D.Scott Carruthers, | ) |
| | ) **Fed.R.Civ.P.41(a)(1)** |
| Defendant(s) | ) |

COMES NOW the Plaintiff, Christopher Cobos, by and through his attorney Michael W. Collins and pursuant to fed.R.Civ.P.41(a)(1), respectfully notifies this court that Plaintiff, Christopher Cobos, hereby dismisses, with prejudice, all claims made by him against Defendants in their complaint filed on 03/20/2013.

Plaintiff further notifies the Court that the dispute between the parties has been settled.

DATED:    06/06/2013

_____
Michael W. Collins, Esq.
Attorney for Plaintiff

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
COUNTY OF ORANGE   )
_____ )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is; 8 Whatney #102, irvine, CA 92618.

On 06/06/2013, I served the foregoing document described as **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

D. Scott Carruthers
8448 Katella Ave.
Stanton, CA 90680

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would have been deposited with U.S. postal service on that same day with postage herein fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on 06/06/2013, at Irvine, CA.

_____
Michael W. Collins